## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| RENTAL CAR INTERMEDIATE | ) | BK Case No. 20-11247-MFW |
| HOLDINGS LLC, | ) | |
| | ) | (Jointly Administered) |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| RENTAL CAR INTERMEDIATE | ) | |
| HOLDINGS LLC, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-1387-MN |
| | ) | |
| STEPHEN MUSACCHIO, | ) | Bankruptcy BAP No. 25-00052 |
| | ) | |
| | ) | |
| | ) | |
| Appellee. | ) | |

## RECOMMENDATION

At Wilmington this **26th** day of **March, 2026**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, a mediation conference was held on March 26, 2026;

WHEREAS, no resolution of this matter occurred and further mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter along with the companion matters noted in the caption above be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.

Local counsel are obligated to inform out-of-state counsel of this Order.

Sherry R. Fallon
United States Magistrate Judge