IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:  RENTAL CAR INTERMEDIATE HOLDINGS, LLC,<br><br>　　　　　　　　Debtor. | )<br>)<br>)<br>)<br>) | Chapter 11<br>Bk. No. 20-11247 (MFW)<br>BK. BAP No. 25-52 |
| RENTAL CAR INTERMEDIATE HOLDINGS LLC,<br><br>　　　　　　Appellant,<br><br>　　　v.<br><br>STEPHEN MUSACCHIO,<br><br>　　　　　　Appellee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 25-1387 (MN) |

**<u>ORDER</u>**

At Wilmington, this 30th day of March 2026;

WHEREAS, on March 26, 2026, Magistrate Judge Sherry R. Fallon issued a Recommendation (D.I. 12) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court; and

WHEREAS, the Court finds no clear error on the face of the record and does not find the recommendations contained in the order to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the recommendations set forth in the order are ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that, on or before April 13, 2026, the parties shall submit a proposed briefing schedule.

　　　　　　　　　　　　　　　　　　　　_Maryellen Noreika_
　　　　　　　　　　　　　　　　　　　The Honorable Maryellen Noreika
　　　　　　　　　　　　　　　　　　　United States District Judge